**FILED**

FEB 17 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:26-CT-3044-BO

(To be filled out by Clerk's Office only)

# DEVON SHAMARK CROOMS

Inmate Number 1138209

*(In the space above enter the full name(s) of the plaintiff(s).)*

# COMPLAINT

-against-

*(Pro Se* Prisoner)

# DOMINIQUE H. SHERMAN, JOSHUA BARNES, STEPHEN D. FONVILLE, (Unit Manager) SESSOMS, Officer BERMUDAS

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

DEVON SHAMARK CROOMS
Name

1138209
Prisoner ID #

Maury Correctional Institution
Place of Detention

2568 Moore Rouse Rd
Institutional Address

Hookerton                    N.C                    28538-7276
City                          State                  Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: DOMINIQUE H. SHERMAN
Name

Red Unit Manager
Current Job Title

Maury Correctional Institution, 2568 Moore House Rd
Current Work Address

Hookerton  N.C  28538-7276
City    State   Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☒ Both

Defendant 2: JOSHUA BARNES
Name

Unit Manager
Current Job Title

Maury Correctional Institution, 2568 Moore House Rd
Current Work Address

Hookerton  N.C  28538-7276
City    State   Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: _STEPHEN D. FONVILLE_
Name

_Unit Manager_
Current Job Title

_Maury Correctional Institution, 2568 Moore Rouse. Rd_
Current Work Address

_Hookerton_ — _N.C_ _28538-7276_
City      State      Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☒ Both

Defendant 4: _Mr. SESSOMS_
Name

_Unit Manager_
Current Job Title

_Maury Correctional Institution, 2568 Moore Rouse. Rd_
Current Work Address

_Hookerton_ _N.C_ _28538-7276_
City      State      Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☒ Both

Defendant 5: _Mr. BERMUDAS_
Name

_Correctional Officer_
Current Job Title

_Maury Correctional Institution, 2568 Moore Rouse Rd_
Current Work Address

_Hookerton_ _N.C_ _28538-7276_
City      State      Zip Code

Capacity in which being sued ☑ Individual ☐ Official ☒ Both

# V. STATEMENT OF CLAIM

Place(s) of occurrence: Maury Correctional Institution, Blue Unit, B-Block B-31 (cell) to Lower Red Unit, Nurse Station

Date(s) of occurrence: June 16, 2025

State which of your federal constitutional or federal statutory rights have been violated: Eight Amendment, Cruel and Unusual Punishment

# FACTS:

.) At all times relevant to this case, Plaintiff Devon Shamark Crooms lived in Cell, B-block, B-31, Blue Unit. Also Mr. Sessoms was a sergeant at the time of the incident. He has now been promoted to Unit Manager.

2.) On 6/16/2025, I was laying down in my cell, defendants, Sessoms, Barnes Fonville, Sherman entered my cell.

3.) Sessoms peppered sprayed me in my neck for no reason. I was never given a order, they didn't say anything, he just pepper sprayed me.

4.) I was walked threw the hallway toward the Nurse Station, in the hallway, they took a picture of me before i went into the Nurse Station, to hide what they was going to do to me.

5.) In the Nurse Station i was maliciouly, brutally and severely beaten in a chair, with my handscuffed behind my back defenseless to stop the attack against me.

6.) In the Nurse Station the defendants took turns attacking me, Sherman was the first to attack me.

7.) Sherman punched me in my left eye and face repeatedly.

8.) Then Barnes punched me in the left side of my head into the wall several times until I blacked out, due to him punching me in my face and head into the wall.

9.) Sessoms woke me up after i blacked out, and then started to slap me in my neck and chest repeatedly.

10.) Then Fonville punched me in my back several times, then he ripped the back of my shirt open, then started to slap me in my back directly onto my skin of my back until I begged him to stop.

10.) Officer. Bermudas walked into the Nurse Station and started to punch me in my back and neck several times.

11.) All awhile I was in handscuffs in a chair, defenseless to block or protect myself. There was no legitimate reason to use excessive force.

2 of 3

12.) I was then placed in segregation.

13.) On 6/18/2025, I was wrote up by Sessoms for a B-25, disobey a direct order. For failure to comply to a search of my cell. I was never given a order to comply to a search. Indeed after I was taken out my cell there was never any contraband found in my cell.

14.) Sherman came to my cell door in segregation and told me that I better plead guilty to the write up. I told him I would not plead guilty, because I never refuse a search, because they never tried to search my cell. And that the write up never, stated that O.C. Pepper Spray was administered on me, and also the write up only stated that Sessoms alone came to my cell, it never stated that Sherman, Fonville, Barnes came with him to my cell.

15.) Sherman then told me that if I didn't plead guilty to the write up, that they would beat me again. I became fearful of my life, and I then plead guilty to the write up, out of fear of getting attacked again.

16.) On 6/20/2025, I went to see the eye doctor for the busted blood vessels in both of my eye.

17.) I went to see the eye doctor and Nurse several times about my injuries, due to the attack against me..

3 of 3

1.) I had severely swollen eyes

**What was your injury?**

2.) Busted blood vessles in both of my eyes

3.) Busted lip on the right side of my face

4.) Several lumps on the right side of my head

5.) Black bruises on my face, neck, back and chest

6.) Swollen face and neck

## Medication

1.) Prednisolone acet 1% OP SUSP, 5ML

2.) Artificial Tears OPH Solution, 15ML

3.) Ibuprofen

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
    If no, explain why not:

_____

_____

_____

_____

Is the grievance process completed?  ☒ Yes  ☐ No
    If no, explain why not:

_____

_____

_____

_____

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1) Compensatory damages in the amount of $100,000 against each defendant jointly and severally. 2) Punitive damages in the amount of $75,000 against each defendant. 3) A jury trial on all issues triable by jury. 4) Plaintiff's costs in this suit. 5) Any additional relief this court deem Just, proper and equitable. 6.) Any and all Attorney fees from this suit that the plaintiff will have to pay.

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes     ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

2-8-2026
Dated

*Devon Shamark Crooms*
Plaintiff's Signature

Devon Shamark Crooms
Printed Name

1138209
Prison Identification #

Maury C.I., P.O. Box 506    Maury    N.C    28554
Prison Address              City     State   Zip Code

Case 5:26-ct-03044-BO    Document 1    Filed 02/17/26    Page 11 of 11